UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY. <br><br> Defendant. | Civ. A. No. 25-00003 (CKK) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's June 10, 2025, Minute Order, Plaintiff, Protect the Public's Trust, and Defendant, the Department of Homeland Security (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

Plaintiff filed its complaint on January 2, 2025, ECF No. 1, regarding its Freedom of Information Act ("FOIA") requests made to the Department of Homeland Security ("DHS"). *See id*.

Defendant is in the process of completing its production of potentially responsive records to Plaintiff's FOIA request.  Defendant has made three productions—most recently on September 30, 2025.  The remaining documents are pending consultation with outside agencies.

Given the upcoming holidays and any residual delays caused by the recent government shutdown, it is not presently possible to provide a reliable estimate for completion of the review. The Parties respectfully propose filing an additional Joint Status Report on or before February 26, 2026, and advise whether any issues remain.

Dated:  November 26, 2025
      Washington, D.C.

Respectfully submitted,

/s/ *Jacob William Roth*
Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Plaintiff's Counsel*

JEANINE FERRIS PIRRO
United States Attorney


By: /s/ *Saifuddin K. Kalolwala*
    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*